UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff(s),<br><br>             v.<br><br>HENDLER, et al,<br><br>                          Defendant(s). | 23-CV-3280 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

       This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. The final pre-trial conference—originally scheduled for January 4, 2024 at 4:00 p.m.—will now be held on **January 4, 2024 at <u>10:00</u> a.m**. The conference will be held in person in Courtroom 905 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, NY 10007. As planned, the Court will hear argument on any summary judgment motions and shall set a firm trial date at that time. Unless and until the Court orders otherwise, all other prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 16, 2023
       New York, New York

                                                DALE E. HO
                                  United States District Judge