UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>HANNA HENDLER, *as Administrator of the Estate of David Benishai and as a distributee of the Estate of David Benishai;* DANIELLE BENISHAI, *as a distributee of the Estate of David Benishai; and* DOES 1-100,<br><br>    *Defendants.* | Civil Action No. 23-cv-3280 (DEH) |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Samuel B. Gedge for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Virginia Supreme Court and that his contact information is as follows:

> Samuel B. Gedge
> INSTITUTE FOR JUSTICE
> 901 North Glebe Road, Suite 900
> Arlington, VA 22203
> Tel: (703) 682-9320
> Fax: (703) 682-9321
> E-mail: sgedge@ij.org

Applicant, having requested admission *pro hac vice* to appear for all purposes as counsel for *amicus curiae* Institute for Justice in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

-2-

All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.

Dated: March 28, 2024

_____
Judge Dale E. Ho

The Clerk of Court is respectfully requested to terminate ECF No. 35.