UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>v.<br><br>HANNA HENDLER, *as Administrator of the Estate of David Benishai and as a distributee of the Estate of David Benishai*; DANIELLE BENISHAI, *as a distributee of the Estate of David Benishai; and* DOES 1-100,<br><br>  *Defendants*. | Civil Action No. 23-cv-3280 (DEH) |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Michael N. Greenberg for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member of good standing of the bar of the District of Columbia and that his contact information is as follows:

>Michael N. Greenberg
>INSTITUTE FOR JUSTICE
>901 North Glebe Road, Suite 900
>Arlington, VA 22203
>Tel: (703) 682-9320
>Fax: (703) 682-9321
>E-mail: mgreenberg@ij.org

Applicant, having requested admission *pro hac vice* to appear for all purposes as counsel for *amicus curiae* Institute for Justice in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.

Dated: March 28, 2024

_____
Judge Dale E. Ho

The Clerk of Court is respectfully requested to terminate ECF No. 36.