UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    -v-<br><br>HANNA HENDLER, *as Administrator of the Estate of David Benishai and as a distributee of the Estate of David Benishai*; DANIELLE BENISHAI, *as a distributee of the Estate of David Benishai*; and DOES 1-100,<br><br>        Defendants. | No. 23 Civ. 3280 (DEH)<br><br>**JUDGMENT** |

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

  Plaintiff the United States of America (the "United States") shall have a final judgment pursuant to Federal Rule of Civil Procedure 54 against Defendants Hanna Hendler, as Administrator of the Estate of David Benishai and as a distributee of the Estate of David Benishai, and Danielle Benishai, as a distributee of the Estate of David Benishai, in the amount of $86,727.13 as of September 24, 2024, plus interest accruing under 28 U.S.C. § 1961 after the date of entry of this judgment; plus penalties accruing under 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a), 901.9 after the date of entry of this judgment; and the United States shall have execution therefor.

SO ORDERED.

_____
Hon. Dale E. Ho
United States District Judge

Dated: September 26, 2024
New York, New York